## Thompson and Coles, Assignees of Bennet and others, *against* Parker.

Where referees appointed by a rule of the court, refuse to make a report, the proper course is to proceed by attachment against them.

R. BOGARDUS, for the defendant, moved to vacate the rule of reference in this cause, on an affidavit, stating that the referees had met and heard the parties, and agreed upon an award, but though often requested to make up and sign a report, they had refused to do so.

*Colden,* contra. The referees, being appointed by the court, may be compelled, by attachment, to make a report, which is the proper course of proceeding.

*Per Curiam.* The proper course to compel the referees to report, is to proceed by attachment. The motion must be denied.

Rule refused.